COLLINS, Appellant, v. BUFFALO, L. & R. RY. CO., Respondent, et al. (Supreme Court, Appellate Division, Fourth Department.

May 15, 1912.) Action by May Collins against the Buffalo, Lockport & Rochester Railway Company impleaded with Edgar Knapp and another.

PER CURIAM. Judgment affirmed, with costs. See same case on former appeal, 145 App. Div. 148, 129 N. Y. Supp. 139.

SPRING and ROBSON, JJ., dissent.